■ In the Matter of ARTHUR O. KLEIN, a Suspended Attorney. [746 NYS2d 255] —Motion to unseal record granted, as indicated. Concur—Nardelli, J.P., Sullivan, Ellerin, Wallach and Rubin, JJ.